IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MERRILL LYNCH BUSINESS          *
FINANCIAL SERVS., INC.,
    Plaintiff                          *
                                  Civil Action No.:  AMD 01-2785
    v.                                    *

INTERNATIONAL                   *
BASKETBALL LEAGUE, LLC,
    Defendant                      ******

**ORDER**

The court file reflecting that service of process has been effected upon the above named defendant(s) and that defendant(s) has/have not yet filed any response to the Complaint, it is, this 26th day of December, 2001,

ORDERED that plaintiff(s) file and serve by mail on the above named defendant(s) a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within 15 days of this order.

                                                            _____
                                                            ANDRE M. DAVIS
                                                            UNITED STATES DISTRICT JUDGE

U.S. District Court (Rev. 12/1999)