UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC., | * * * | |
| Plaintiff | * * | |
| | * | Civil Action No.: AMD 01-2785 |
| v. | * * | |
| INTERNATIONAL BASKETBALL LEAGUE, LLC, | * * * | |
| Defendant | * * | |

\* \* \* \* \* \* \* \* 8% \* \*

### JUDGMENT BY DEFAULT

Upon consideration of the Motion For Judgment By Default (the "Motion") and related papers filed by Plaintiff, Merrill Lynch Business Financial Services, Inc., herein, of any responses hereto, and after any hearing thereon, it is this 25th day of Jan 2002, by the United States District Court for the District of Maryland

**ORDERED**, that the Motion be, and hereby is, **GRANTED**; and it is further

**ORDERED**, that judgment is hereby entered in favor of the Plaintiff, Merrill Lynch Business Financial Services, Inc. and against Defendant, International Basketball League, LLC, in the amount in the amount of Two Million Three Hundred Eleven Thousand Nine Hundred Sixty Three and 69/100 Dollars ($2,311,963.69), plus attorneys' fees of Fifty Nine Thousand Eight Hundred Seventy Six and 36/100 Dollars ($59,876.36).

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE



62389

